UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| WALTER l. WOOD, JR. | : | CASE NO.: 1-14-bk-03379-RNO |
| aka WALTER WOOD | : | |
| PAMELA MARIE WOOD | : | |
| aka PAMELA MARIE SUMMERS | : | |
| aka PAMELA SUMMERS WOOD | : | |
|     Debtors | : | |
| | : | |
| CHARLES J. DeHART, III, TRUSTEE | : | |
|     Movant/Objectant | : | |
| | : | |
|     Vs. | : | |
| | : | |
| WALTER WOOD, JR | : | |
| aka WALTER WOOD | : | |
| PAMELA S. WOOD | : | |
| aka PAMELA MARIE SUMMERS | : | |
| aka PAMELA SUMMERS WOOD | : | |
|     Respondent/Claimant | : | |

## WITHDRAWAL OF TRUSTEE'S MOTION TO REQUIRE MODIFICATION OF PLAN

    AND NOW, this 24th day of April 2017 comes Charles J. DeHart, III, Standing Chapter 13 Trustee by and through his attorney James K. Jones, and requests that the Trustee's Motion to Require Modification of Plan filed on April 10, 2017 be withdrawn.

    Respectfully submitted,

    Charles J. DeHart, III
    Standing Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    717-566-6097

BY:     /s/ James K. Jones
    Attorney for Trustee

## CERTIFICATION OF SERVICE

      AND NOW, this 24th day of April 2017, I, Barbara A Reifsnyder, hereby certify that I served a copy of the Withdrawal of Trustee's Objection to Claim either electronically or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, first class mail, postage prepaid, addressed to the following:

Michael S. Travis
3904 Trindle Rd
Camp Hill, PA 17011

MidFirst Bank
c/o KML Law Group, P.C.
701 Market St.
Ste 5000
Philadelphia, PA 19106

MidFirst Bank
999 North West Grand Blvd
Oklahoma City, OK 73118

                                        /s/ Barbara A Reifsnyder
                                        For Charles J. DeHart, III
                                        Standing Chapter 13 Trustee