Certificate Number: 13858-PAM-DE-031354875

Bankruptcy Case Number: 14-03379



13858-PAM-DE-031354875

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 21, 2018, at 3:09 o'clock PM EDT, Walter Wood Jr. completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  July 21, 2018           By:    /s/Victor Reyes

                               Name:  Victor Reyes

                               Title: Counselor