Certificate Number: 13858-PAM-DE-031354876

Bankruptcy Case Number: 14-03379


13858-PAM-DE-031354876

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 21, 2018, at 3:09 o'clock PM EDT, Pamela Wood completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 21, 2018

By: /s/Victor Reyes

Name: Victor Reyes

Title: Counselor