Michael S. Travis
Attorney At Law
3904 Trindle Road
Camp Hill, PA 17011

Telephone (717) 731-9502
Fax (717) 731-9511

August 4, 2018

ELECTRONIC LETTER ONLY
United States Bankruptcy Court
Ronald Reagan Federal Building
Office of the Clerk
228 Walnut Street
Harrisburg, PA 17101

Re: Walter Wood Jr and Pamela Wood, **Chapter 13 No. 1-14-03379 HWV**
*Change to Mailing Matrix*

To the Clerk:

The address on the mailing matrix to the Debtors at 35 N Seasons Drive, Dillsburg, PA 17019" is incorrect. Please strike this address from the mailing matrix.

The new corrected name and address of the debtor(s) is:

Walter Wood Jr
Pamela Wood
415 Buttonwood Street
Mt Holly, NJ 08060

A copy of the discharge Notice has been sent to the debtors at the above address. Please contact my office should you have any questions or concerns.

Very truly yours,

*Michael S. Travis*

Michael S. Travis
Attorney for Debtor(s)

MST